**Order entered June 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01532-CV

**IN RE THOMPSON PETROLEUM CORPORATION, AND J. CLEO THOMPSON AND JAMES C. THOMPSON, JR., L.P., Relators**

**Original Proceeding from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-00644**

## ORDER

Before the Court is relators' January 14, 2019 motion to strike real party in interest Frank

Peterman's response to relators' petition for writ of mandamus. We **DENY** relators' motion.


/s/     DAVID J. SCHENCK
          JUSTICE